# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANDREW WILLIAM ECKERD, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-97 |
| | * | |
| v. | * | |
| | * | |
| DR. JEFFREY GUNDERSON; and E. NEAL JUMP, | * | |
| | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 42. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Transferred 5/18/22."[1] Dkt. No. 43 at 1.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendant Jump's Motion to Dismiss, **DISMISSES without prejudice**

---

[1] Plaintiff's failure to notify the Court of any change in address provides another reason to dismiss his Complaint. Local R. 11.1; Dkt. No. 15 at 2.

AO 72A
(Rev. 8/82)

Plaintiff's Complaint for failure to exhaust his administrative remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___13___ day of ___June___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)